UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                Case Number: 13-13946 GMB

Debtor: Daniel Uche

| Check Number | Creditor | Amount |
|---|---|---|
| 1831204 | Ocwen Loan Servicing, LLC | 2474.55 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  January 9, 2014